**Electronically Filed**
**Supreme Court**
**SCWC-29435**
**03-APR-2012**
**08:57 AM**

NO. SCWC-29435

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

MELANIO G. FERNANDO, Respondent/Plaintiff-Appellee,

vs.

JUDY K. FERNANDO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29435; FC-D NO. 06-1-1084)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Castagnetti, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on February 24, 2012, is hereby rejected.

DATED:  Honolulu, Hawai‘i, April 3, 2012.

Edward J.S.F. Smith             /s/ Mark E. Recktenwald
of the Law Offices of
Edward J.S.F. Smith for         /s/ Paula A. Nakayama
petitioner/defendant-
appellant on the                /s/ Simeon R. Acoba, Jr.
application
                                /s/ Sabrina S. McKenna

                                /s/ Jeannette H. Castagnetti

